IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pierce,<br><br>           Plaintiff,<br><br>v.<br><br>Douglas A. Ducey, in his capacity as Governor of the State of Arizona; and the State of Arizona,<br><br>           Defendants. | No. CV-16-01538-PHX-NVW<br><br>**ORDER** |

   Pursuant to the Motion for Leave to File Amicus Brief (Doc. 79) filed by the State of New Mexico, and good cause appearing,

   IT IS HEREBY ORDERED granting the State of New Mexico's Motion (Doc. 79).

   IT IS FURTHER ORDERED directing the Clerk of the Court to file the State of New Mexico's lodged Brief of Amicus Curiae (Doc. 80).

   Dated this 6th day of March, 2017.

                                     _____
                                        Neil V. Wake
                                        Senior United States District Judge