| | |
|---|---|
| OFFICE OF THE GOVERNOR<br>Michael T. Liburdi (No. 021894)<br>1700 W. Washington St.<br>Phoenix, AZ 85007<br>Telephone: (602) 542-4331<br>Email: mliburdi@az.gov<br><br>*Attorneys for Defendant*<br>*Governor Douglas A. Ducey* | FENNEMORE CRAIG, P.C.<br>Timothy Berg (No. 004170)<br>Theresa Dwyer (No. 010246)<br>2394 East Camelback Road<br>Suite 600<br>Phoenix, AZ 85016-3429<br>Telephone: (602) 916-5000<br>Email: tberg@fclaw.com<br>Email: tdwyer@fclaw.com<br><br>*Attorneys for Defendant*<br>*Governor Douglas A. Ducey* |
| MARK BRNOVICH<br>ATTORNEY GENERAL<br>(Firm No. 14000)<br>Dominic E. Draye (No. 033012)<br>  Solicitor General<br>Keith J. Miller (No. 029885)<br>  Assistant Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85007<br>Telephone: (602) 542-3333<br>Email: SolicitorGeneral@azag.gov<br><br>*Attorneys for Defendant*<br>*State of Arizona* | GIBSON, DUNN & CRUTCHER LLP<br>Theodore B. Olson (admitted *pro hac vice*)<br>Matthew D. McGill (admitted *pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 887-3680<br>Email: tolson@gibsondunn.com<br>Email: mmcgill@gibsondunn.com<br><br>*Attorneys for Defendant*<br>*Governor Douglas A. Ducey* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Pierce,<br><br>        Plaintiff,<br><br>  v.<br><br>Douglas A. Ducey, in his capacity as Governor of the State of Arizona; and the State of Arizona,<br><br>        Defendants. | No. CV-16-01538-PHX-NVW<br><br>**INITIAL MEET AND CONFER REPORT AND STIPULATED BRIEFING SCHEDULE**<br><br>(Assigned to the Honorable Neil V. Wake) |

Pursuant to the Court's order filed March 26, 2018 ("Order"), the parties have conferred and report as follows:

(1) <u>Defendants' Position(s)</u>:

Under the 2018 Act,[1] Congress expressly consented to the annual distributions made from the permanent funds under Proposition 118 (through fiscal year 2014-2015), and the annual distributions made from the permanent funds under Proposition 123 (from fiscal years 2015-2016 through 2024-2025).

(2) <u>Plaintiff's Position</u>:

At this time, Plaintiff has not decided whether to dispute the retroactive effect of the 2018 Act.

(3) <u>Agreed Briefing Schedule</u>

As there is currently no dispute regarding the effect of the 2018 Act, the parties stipulate and agree to the following briefing schedule to address issues concerning the final disposition of this case (but not the issues identified at page 33 of the Order):

| | |
|---|---|
| Plaintiff's Initial Brief: | April 30, 2018 |
| Defendants' Response Briefs: | May 30, 2018 |
| Plaintiff's Reply Brief: | June 13, 2018 |

The parties request that the Court adopt the briefing schedule as stipulated by the parties herein.

///
///
///
///
///

---

[1] The "2018 Act" means Consolidated Appropriations Act, Pub. L. No. 115-141, H.R. 1625, Div. S, Title IV, Sec. 401, 115th Cong., Second Session (March 23, 2018).

1  DATED this ____ day of March, 2018.

2  MARK BRNOVICH  FENNEMORE CRAIG, P.C.
   ATTORNEY GENERAL
3

4  By */s/ Keith J. Miller*  By  */s/ Timothy Berg*
       Dominic E. Draye           Timothy Berg
5        Solicitor General        Theresa Dwyer
       Keith J. Miller
6        Assistant Attorney General

7  *Attorneys for Defendant State of Arizona*

8  OFFICE OF GOVERNOR DOUGLAS A. DUCEY

9      Michael T. Liburdi

10 GIBSON, DUNN & CRUTCHER LLP

11     Theodore B. Olson
       Matthew D. McGill
12
   *Attorneys for Defendant*
13 GORDON & REES SCULLY  *Governor Douglas A. Ducey*
   MANSUKHANI, LLP
14

15

16 By */s/ Andrew S. Jacob*
       Andrew S. Jacob
17     Gordon Rees Scully Mansukhani, LLP

18 *Attorney for Plaintiff*

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

I hereby certify that on March ___, 2018, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Andrew S. Jacob<br>GORDON & REES SCULLY MANSUKHANI, LLP<br>111 W Monroe St., Ste. 1600<br>Phoenix, AZ  85003-1736<br>AJacob@gordonrees.com<br>Attorneys for Plaintiff | Michael T. Liburdi<br>OFFICE OF THE GOVERNOR<br>1700 W. Washington St.<br>Phoenix, AZ  85007<br>mliburdi@az.gov<br>Attorneys for Defendant Governor Douglas A. Ducey |
| Theodore B. Olson<br>Matthew D. McGill<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>Attorneys for Defendant Governor Douglas A. Ducey | Dominic E. Draye<br>Keith J. Miller<br>ARIZONA ATTORNEY GENERAL'S OFFICE<br>2005 N. Central Ave.<br>Phoenix, Arizona  85004-1592<br>Dominic.Draye@azag.gov<br>Keith.Miller@azag.gov<br>SolicitorGeneral@azag.gov<br>Attorneys for Defendant State of Arizona |

　　　　　　　　　　　　　　　　*/s/  Colleen A. Loos*
　　　　　　　　　　　　　　　An employee of Fennemore Craig, P.C.

TDWYER/13801461.3/039518.0001