IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pierce, | No. CV-16-01538-PHX-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Douglas A. Ducey, in his capacity as Governor of the State of Arizona | |
| Defendant. | |

IT IS ORDERED setting a Status Conference for Monday, April 16, 2018, at 1:30 p.m. to address what further briefing, if any, is now required in this case. Plaintiff shall be prepared to address whether he now seeks any remedy, and if so, what remedy.

Dated: April 5, 2018.

_____
Neil V. Wake
Senior United States District Judge