OFFICE OF THE GOVERNOR
Anni Lori Foster (No. 023643)
1700 W. Washington Street
Phoenix, AZ 85007
Telephone: (602) 542-1455
Email: afoster@az.gov

*Attorneys for Defendant*
*Governor Douglas A. Ducey*

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson (admitted *pro hac vice*)
Matthew D. McGill (admitted *pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 887-3680
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com

*Attorneys for Defendant*
*Governor Douglas A. Ducey*

FENNEMORE CRAIG, P.C.
Timothy Berg (No. 004170)
Emily Ward (No. 029963)
2394 E. Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: tberg@fclaw.com
Email: eward@fclaw.com

*Attorneys for Defendant*
*Governor Douglas A. Ducey*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Michael Pierce,

        Plaintiff,

        v.

Douglas A. Ducey, in his capacity as
Governor of the State of Arizona; and the
State of Arizona,

        Defendants.

No. CV-16-01538-PHX-NVW

**NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
WITHIN GOVERNMENTAL LAW
OFFICE**

Pursuant to LRCiv 83.3(b)(4), notice is hereby given that Michael T. Liburdi has withdrawn as counsel of record for Defendant Governor Douglas A. Ducey. Anni Lori Foster of the same governmental law office shall be substituted in his place as counsel for Defendant Governor Douglas A. Ducey in this matter. Ms. Foster's current mailing address and email address are:

1
2
3

Deputy General Counsel
Office of Governor Douglas A. Ducey
1700 W. Washington Street
Phoenix, Arizona  85007
Email:  afoster@az.gov

4      Defendant Governor Douglas A. Ducey respectfully requests that all future notices,

5   electronic or otherwise, be directed to Ms. Foster rather than Mr. Liburdi.   All other

6   counsel of record for Defendant Governor Douglas A. Ducey remain the same.

7      DATED this 17th day of May, 2018.

8
9

OFFICE OF GOVERNOR
DOUGLAS A. DUCEY

10
11

By _____
Anni Lori Foster

12
13
14

FENNEMORE CRAIG, P.C.
   Timothy Berg
   Emily Ward

15
16

GIBSON, DUNN & CRUTCHER LLP
   Theodore B. Olson
   Matthew D. McGill

17

*Attorneys for Defendant*
*Governor Douglas A. Ducey*

18
19
20
21
22
23
24
25
26

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on May 17, 2018, I electronically transmitted the attached

3 document to the Clerk's Office using the ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following ECF registrants:

5 Andrew S. Jacob                        Timothy Berg
  Gordon & Rees LLP                      Emily Ward
6 111 W Monroe Street, Suite 1600        Fennemore Craig, P.C.
  Phoenix, AZ 85003-1736                 2394 E. Camelback Road, Suite 600
7 Email: AJacob@gordonrees.com           Phoenix, AZ 85016-3429
  *Attorneys for Plaintiff*              Email: tberg@fclaw.com
8                                         Email: eward@fclaw.com
                                          *Attorneys for Defendant*
9                                         *Governor Douglas A. Ducey*

10 Theodore B. Olson                      Dominic E. Draye
   Matthew D. McGill                      Keith J. Miller
11 Gibson, Dunn & Crutcher, LLP           Arizona Attorney General's Office
   1050 Connecticut Avenue, N.W.          2005 N. Central Avenue
12 Washington, DC 20036-5306              Phoenix, AZ 85004-1592
   Email: tolson@gibsondunn.com           Email: Dominic.Draye@azag.gov
13 Email: mmcgill@gibsondunn.com          Email: Keith.Miller@azag.gov
   *Attorneys for Defendant*              Email: SolicitorGeneral@azag.gov
14 *Governor Douglas A. Ducey*            *Attorneys for Defendant State of Arizona*

15

16

17

18

19

20

21

22

23

24

25

26