WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pierce,<br><br>Plaintiff,<br><br>v.<br><br>Douglas A. Ducey, in his capacity as Governor of the State of Arizona,<br><br>Defendant. | No. CV-16-01538-PHX-NVW<br><br>**DECLARATORY JUDGMENT** |

The Court having ruled in favor of the Plaintiff against the Defendant (Doc. 113) and having granted Plaintiff's Motion for Entry of Final Judgment on the Merits (Doc. 122),

IT IS ORDERED, ADJUDGED, AND DECREED that in favor of Plaintiff against the Governor of the State of Arizona and his successors in office and those acting on his behalf that the Arizona Statehood and Enabling Act Amendments of 1999, Pub.L. No. 106-133, 113 Stat. 1682 (1999), do not repeal or impair the Enabling Act requirement of congressional consent to any changes to the Arizona State Constitution that affect the investment or distribution of the assets in the School Land Trust fund established by the Arizona Statehood and Enabling Act until and unless Congress provides consent to such changes, by way of amendment to the Arizona Statehood and Enabling Act or otherwise.

Dated: September 30, 2019.

_____
Neil V. Wake
Senior United States District Judge