GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson (admitted *pro hac vice*)
Matthew D. McGill (admitted *pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202-887-3680
Email: tolson@gibsondunn.com
Email: mmcgill@gibsondunn.com

OFFICE OF THE GOVERNOR
Anni Foster (No. 023643)
1700 W. Washington St.
Phoenix, AZ 85007
Telephone: 602-542-4331
Email: afoster@az.gov

*Attorneys for Defendant
Governor Douglas A. Ducey*

FENNEMORE CRAIG, P.C.
Timothy Berg (No. 004170)
Emily Ward (No. 029963)
Brett Gilmore (No. 034598)
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone: 602-916-5000
Email: tberg@fclaw.com
Email: eward@fclaw.com
Email: bgilmore@fclaw.com

*Attorneys for Defendant
Governor Douglas A. Ducey*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Pierce,<br><br>            Plaintiff,<br><br>     v.<br><br>Douglas A. Ducey, in his capacity as Governor of the State of Arizona,<br><br>            Defendant. | No. CV-16-01538-PHX-NVW<br><br>**DEFENDANT GOVERNOR DOUGLAS A. DUCEY'S NOTICE OF APPEAL** |

Please take notice that Defendant Douglas A. Ducey, the Governor of Arizona, hereby appeals to the United States Court of Appeals for the Ninth Circuit from a final judgment entered in the United States District Court for the District of Arizona on September 30, 2019 (ECF No. 139), and all preceding rulings that are intertwined with the final judgment or are otherwise necessary to ensure meaningful review, including, without

GIBSON, DUNN &
CRUTCHER LLP

limitation, the Orders denying Defendants' motions to dismiss (ECF Nos. 113, 136), and the Order granting Plaintiff's motion for entry of final judgment (ECF No. 138).

DATED: October 18, 2019

GIBSON, DUNN & CRUTCHER LLP

By: *Matthew D. McGill*
    Matthew D. McGill
    Theodore B. Olson

OFFICE OF GOVERNOR DOUGLAS A. DUCEY
    Anni Foster

FENNEMORE CRAIG, P.C.
    Timothy Berg
    Emily Ward
    Brett Gilmore

*Attorneys for Defendant Governor Douglas A. Ducey*

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 12-2 and 3-2(b), undersigned counsel states as follows: Gibson, Dunn & Crutcher LLP represents Douglas A. Ducey, the Governor of Arizona, the Defendant and Appellant in the above-captioned action. Below is a list that shows all of the parties to the action and identifies their counsel by name, email address, firm, mailing address, and telephone number. Fed. R. App. P. 12(b); Circuit Rule 12-2, 3-2(b).

DATED:   October 18, 2019            GIBSON, DUNN & CRUTCHER LLP

By: *Matthew D. McGill*
　　Matthew D. McGill

*Attorney for Defendant
Governor Douglas A. Ducey*

# LIST OF PARTIES AND THEIR COUNSEL

**Attorneys for Plaintiff Michael Pierce:**

GORDON REES SCULLY MANSUKHANI, LLP
Andrew S. Jacob
ajacob@grsm.com
111 W. Monroe Street, Suite 1600
Phoenix, AZ  85003
Telephone: 602-794-2495

**Attorneys for Defendant Douglas A. Ducey:**

GIBSON, DUNN & CRUTCHER LLP
Theodore B. Olson
tolson@gibsondunn.com
Matthew D. McGill
mmcgill@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202-887-3680

OFFICE OF THE GOVERNOR
Anni Foster
afoster@az.gov
1700 W. Washington St.
Phoenix, AZ  85007
Telephone: 602-542-4331

FENNEMORE CRAIG, P.C.
Timothy Berg
tberg@fclaw.com
Emily Ward
eward@fclaw.com
Brett Gilmore
bgilmore@fclaw.com
2394 E. Camelback Road, Suite 600
Phoenix, AZ  85016-3429
Telephone:  602-916-5000